UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

ERIC RYAN ROBINSON

CASE NO.: 12-40186-KKS
CHAPTER 13

_____/

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-2, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you OBJECT to the relief requested in this paper, you must file your OBJECTION with the Clerk of the Court at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on the Chapter 13 Trustee, Leigh D. Hart, at P. O. Box 646, Tallahassee, FL 32302.

If you file and serve an OBJECTION within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an OBJECTION within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the pleading, and will proceed to consider the pleading without further notice or hearing, and may grant the relief requested.

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Motion to Dismiss, and in support thereof states as follows:

1. The Debtor(s) filed this Chapter 13 case on March 26, 2012.

2. The Debtor(s) has failed to provide a copy of the 2013 and 2014 United States Income Tax Return, or valid extension, or tax affidavit, if applicable, and any applicable refund, to the Chapter 13 Trustee.

3. The confirmed Plan provides that the Debtor(s) shall dedicate tax refunds over the first forty-eight (48) months of the Plan.

4. The Debtor(s) has failed to file all required Annual Statements.

Sufficient cause exists to dismiss this case.

WHEREFORE, the Chapter 13 Trustee prays that this case be dismissed and for such other and further relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

ERIC RYAN ROBINSON
3322 THOMAS BUTLER ROAD
TALLAHASSEE, FL 32308

AND

DAVID H. ABRAMS
LAW OFFICE OF DAVID H. ABRAMS
P.O. BOX 3298
TALLAHASSEE, FL 32315

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE